UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONY CALDERON,

        Plaintiff(s),

    v.

CHP OFFICER CRAIG SUHL, ET AL.,

        Defendant(s).

_____/

Case No.  06-06432 JCS

**ORDER GRANTING REQUEST FOR STAY OF ENTRY OF DEFAULT [Docket No. 9]**

On November 9, 2006, Plaintiff filed a Motion for Entry of Default as to CHP Officer Craig Suhl and CHP Commissioner Mike Brown.

On November 20, 2006, Plaintiff filed a Request For Stay of Entry of Default.

IT IS HEREBY ORDERED that the Request For Stay of Entry of Default is GRANTED.

IT IS SO ORDERED.

Dated:  November 27, 2006

_____

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court

For the Northern District of California