| | |
|---|---|
| 1 | LEWIS ROMERO, CSBN, 197231 |
| 2 | PAUL ALAGA, CSBN, 221165 |
|   | 885 Bryant Street, 2nd Floor |
| 3 | San Francisco, California 94103 |
|   | 415-581-0885 Tel. |
| 4 | 415-581-0887 Fax. |
| 5 | Attorneys for Rony Calderon |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONY CALDERON,

    Plaintiff,

vs.

CHP OFFICER CRAIG SUHL;
CHP COMMISSIONER MIKE BROWN;
DOES 1-25, inclusive,

    Defendants.
_____/

Case No.  C 06-06432 SC

**PARTIES' JOINT ADMINISTRATIVE REQUEST AND STIPULATION FOR 30 DAY CONTINUANCE OF DISCOVERY CUTOFF**

Date Action Filed:  October 16, 2006

Trial Date: January 14, 2008

    The parties, by and through their respective attorneys, submit this stipulated request to amend the pretrial order in this matter, pursuant to Civil L.R. 6-1(b), and 6-2, as follows:

**Reasons for change (L.R. 6-2(a)(1)):**

    Counsel for the parties have been meet and conferred continuously since April 24, 2007 in an effort to resolve this matter and have engaged in meaningful and extensive settlement negotiations. The parties have exchanged a large amount of discovery involving multiple taped interviews of non-party witnesses. The parties agree that the depositions of several of the non-party witnesses are essential and necessary to settle this matter. Due to scheduling conflicts with the non-party witnesses (one of whom lives in Southern California) the parties agree that discovery should be extended 30 days in order that their depositions are taken.

In order to continue good-faith efforts to resolve this case, the parties respectfully request that the current discovery cutoff date of November 14, 2007 be continued 30 days, or until December 13, 2007.

The Court's current pretrial order provides that discovery cutoff is November 14, 2007; last hearing date for motions is December 14, 2007; pretrial conference on January 11, 2008; and trial to commence on January 14, 2008.

Counsel for all parties have met and conferred and jointly propose that the discovery cutoff date be extended 30 days or until December 13, 2007. Both parties agree that this proposed extension of discovery will not require the extension of any other dates set by the Court in its pretrial scheduling order.

**No previous modifications to the schedule have been requested (L.R. 6-2(a)(2)):**

The parties have not previously requested modification of the Court's pretrial order.

**Effect on case schedule (L.R. 6-2(a)(3)):**

Pursuant to the proposed stipulation, all other pretrial scheduling orders would not be affected or modified.

So Stipulated:

Dated: 10/15/07

/s/ Paul Alaga
Paul L. Alaga
Attorney for Plaintiff

Dated: 10/15/07

/s/ Tom Blake
Tom Blake, Deputy Attorney General
Attorney for Defendants

**ORDER**

Good cause appearing, the stipulation is so ordered. The Discovery Cutoff date is continued to December 13, 2007 pursuant to the parties' stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 16, 2007



The Hon.
U.S. Dist