EDMUND G. BROWN JR.
Attorney General of the State of California
TOM BLAKE, State Bar No. 51885
Deputy Attorney General
JOHN DEVINE, State Bar No. 170773
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5506
  Fax: (415) 703-5480
  Email: tom.blake@doj.ca.gov

Attorneys for Defendant California Highway Patrol Officer Craig Suhl

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RONY CALDERON,<br><br>    Plaintiff,<br><br>v.<br><br>CHP OFFICER CRAIG SUHL, CHP COMMISSIONER MIKE BROWN, DOES 1-25, inclusive,<br><br>    Defendants. | CASE NO. C06 6432 SC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>[Fed. R. Civ. P. 41(a)] |

Subject to the approval of the Court, the undersigned do hereby stipulate that this action be dismissed with prejudice. The parties, by and through their counsel of record, stipulate that this matter may be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear his own costs and attorneys fees, including any entitlement to fees or costs under 42 U.S.C. section 1988. The plaintiff has settled all civil claims, including claims for attorneys' fees and costs under 42 U.S.C. section 1988 and otherwise, against defendant. Both parties therefore respectfully request that the Court dismiss this action in its entirety with prejudice.

This stipulation may be executed in counterpart signatures.

IT IS SO STIPULATED:

DATED: 1/14/2008          /s/ Paul L. Alaga
                          Paul Alaga
                          Attorney for Plaintiff


DATED: 1/14/2008          /s/ Tom Blake
                          Tom Blake
                          Deputy Attorney General

                          Attorneys for Defendant California Highway Patrol
                          Officer Craig Suhl

# [Proposed] ORDER DISMISSING ACTION

**IT IS SO ORDERED.** This entire action is dismissed with prejudice, each party to bear his own costs and attorneys' fees.

Dated: 1/14/08

_____
SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*